# THE STATE OF TEXAS
# MANDATE

********************************************

FILED
NACOGDOCHES COUNTY
TEXAS

15 MAY 27 PM 12: 09

FILED IN
12th COURT OF APPEALS

## TO THE 420TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETINGS

5/27/2015 1:55:10 PM
DISTRICT CLERK
CATHY S. LUSK
Clerk

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of January, 2015, the cause upon appeal to revise or reverse your judgment between

## CHAD ALAN CARNEY, Appellant

## NO. 12-13-00338-CR; Trial Court No. F1219065

Opinion by Brian Hoyle, Justice.

## THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 26th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

FILED
NACOGDOCHES COUNTY
TEXAS

15 MAY 27 PM 12:09

DISTRICT CLERK

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

May 26, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:** Case Number:      12-13-00338-CR
     Trial Court Case Number:   F1219065

**Style:** Chad Alan Carney
     v.
     The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the correct Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

CC: Mr. Noel D. Cooper (DELIVERED VIA E-MAIL)
     Ms. Cristin Lane (DELIVERED VIA E-MAIL)

Mandate executed on _27th_ day of ___May___, 2015.

Brief explanation of action taken: Chad Alan Carney remains incarcerated.

_Laurie Phillips_      _Deputy_ _District/~~County~~ Clerk